**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————x

In Re:

                                    Chapter 13

Shmuel Robinson & Basya Shulman
Robinson,

                                    Case No. 08-22229(rdd)

        Debtors.

————————————————————————x

### ORDER ENFORCING AUTOMATIC STAY

UPON the motion of the above-named debtors (the "Debtors"), Shmuel Robinson & Basya Shulman Robinson, by Joshua N. Bleichman, dated March 4, 2009, to enforce the automatic stay under 11 U.S.C. § 362(a) and for sanctions against American Express for willful violation of the automatic stay (the "Motion"); and, after due notice, there being no objection to the Motion; and upon the record of the May 19, 2009 hearing on the Motion, and good cause appearing therefor; and counsel for the Debtors having subsequently submitted an affirmation setting forth his time and expenses in connection with the prosecution of the Motion, it is

ORDERED the Motion is granted as set forth herein; and it is further

ORDERED that American Express shall cease its willful violation of the automatic stay under 11 U.S.C. § 362(a) as it pertains to the Debtors; and it is further

ORDERED that, under 11 U.S.C. § 362(k)(1), American Express shall pay the Debtors $1,875 as actual damages, including reasonable attorney's fees and costs for its willful violation of the automatic stay.

Dated: White Plains, New York
       August 10, 2009

                                    /s/Robert D. Drain
                                    Honorable Robert D. Drain.
                                    U.S. Bankruptcy Judge